UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company; ROGER FEATHERSTON, an individual,<br><br>      Plaintiffs,<br><br>      v.<br><br>FIRST POCATELLO ASSOCIATES, L.P., a [New Jersey] limited partnership; EARL T. SWIFT CORPORATION, a [New Jersey] corporation,<br><br>      Defendants. | Case No. 4:16-cv-00315-BLW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Stipulation for Dismissal Without Prejudice (Dkt. 25) entered by the Parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause showing,

    **IT IS HEREBY ORDERED:**

    1.    The above-entitled action is dismissed without prejudice.

    2.    The parties shall each bear their own attorney fees and costs incurred in this matter.

**ORDER OF DISMISSAL WITHOUT PREJUDICE - 1**

3. The Court will issue a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: September 19, 2016

B. Lynn Winmill  
Chief Judge  
United States District Court