UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| YELLOWSTONE POKY, LLC, an Idaho Limited Liability Company; ROGER FEATHERSTON, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>FIRST POCATELLO ASSOCIATES, L.P., a [New Jersey] limited partnership; EARL T. SWIFT CORPORATION, a [New Jersey] corporation,<br><br>    Defendants. | Case No. 4:16-cv-00315-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered and that this case be dismissed in its entirety, without prejudice, with each party bearing its own costs and attorney fees.

DATED: September 19, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1